# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

RECEIVED
IN CLERK'S OFFICE
APR 16 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

Jason M. Fitzgerald
(Plaintiff)

vs.

Sonnie Weatherford
(Sherriff)
Squire Trout
(Jail Administrator)
(Defendants)

Honorable Chief Judge
William J. Haynes Jr.
Case #: 3:12-CV-00986

BNASH
This motion
is DENIED as moot
D/E No 21.
[signature]
WSH
5-29-13

## Motion

I, Jason Fitzgerald (Plaintiff), comes now on this 11th day of April 2013 file this motion to recieve another copy of the status of my case: 3:12-CV-00986 before the Honorable Chief Judge William J. Haynes Jr.

I, Jason Fitzgerald (Plaintiff), am requesting another copy of the paperwork that was mailed to me