TO THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE (NASHVILLE)

Jason M. Fitzgerald
(Plaintiff)

VS.

Sonny Weatherford
(Sheriff)
and
Sonya Troutt
(Jail Administrator)
Defendants

SCANNED

RECEIVED
IN CLERK'S OFFICE
MAY 28 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

U.S. District Court
Judge William J. Haynes, Jr.
Case # 3:12-CV-00986

ORDER
Transmission to DENIED
Johnson v. Hubbard, 698 F.2d
286, 289 n.2 (6th Cir. 1985)

USDJ
5-24-13

## MOTION

Come Now, I Jason Fitzgerald (Plaintiff), wishes to file this MOTION before the Honorable Chief Judge William J. Haynes, Jr. to have the video, medical records, and medical pictures subpoenaed to the Frivolity Hearing that is scheduled for 6/7/13. On 11/16/2012, I Jason Fitzgerald (Plaintiff), wrote a letter to the court stating that I wished to have all the video, medical records, and medical pictures

(26)